Opinion approved by the court.

## MOFFETT v. STATE.

No. 24943.

Court of Criminal Appeals of Texas.

Oct. 11, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

---

HAWKINS, Presiding Judge.

Appellant was convicted of the possession for the purpose of sale of intoxicating liquor in dry area, and his punishment was assessed at a fine of $500 and six months in jail.

Appellant perfected an appeal to this court, but now files his personal affidavit advising that he desires to accept the sentence and does not further desire to prosecute the appeal, and at his request the appeal is dismissed.